IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 24-cv-1386 |
| ) | |
| OFFICER DONALD BURNSWOTH, ) | |
| et. al. , ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Patricia Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Local Rule of Civil Procedure 72. On December 11, 2025, the Magistrate Judge issued a Report and Recommendation, after screening of the Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). ECF No. 64. The Magistrate Judge recommended dismissal of all official capacity claims asserted against each Defendant and dismissal of the individual capacity claims asserted against Defendants Sec. Harry and Supt. Walker. Plaintiff was informed that objections to the Report and Recommendation were due by December 26, 2025. No objections were filed.

After *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 12th day of February 2026, it is ORDERED that the Report and Recommendation, ECF No. 64, filed on December 11, 2025, is adopted as the Opinion of the Court.

1

IT IS FURTHER ORDERED as follows:

(1) Plaintiff's official capacity claims asserted against each Defendant are dismissed with prejudice.

(2) Plaintiff's individual capacity claims asserted against Defendant Sec. Harry and Defendant Supt. Walker, are dismissed with prejudice; and

(3) Defendant Sec. Harry and Defendant Supt. Walker are terminated as Defendants in this action.

This matter is returned to the Magistrate Judge for further proceedings.

   s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

WILLIAM MAY
QP9701
SCI CAMP HILL
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA 17001